# GREEN KAMINER MIN & ROCKMORE LLP

420 Lexington Ave., Ste 2821　　　　　　　　　　　　　　　　600 Old Country Rd., Ste. 410
New York, New York 10170　　　　　　　　　　　　　　　　　Garden City, New York 11530
T.212.681.6400　　　　　　　　　　　　　　　　　　　　　　　　T. 516.858.2115

---

June 7, 2022

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

*MEMO ENDORSED: The application is denied. The conference will proceed as scheduled.*

SO ORDERED:
_____
Paul G. Gardephe, U.S.D.J.
Dated: June 7, 2022

RE:　　*Franco Bartzik Rubio v. Sandra Leticia Morales Lopez*
　　　　Case No.: 1:22-cv-02588-PGG

Dear Judge Gardephe,

　　This firm represents Petitioner Franco Bartzik Rubio in the above-referenced proceeding. We are currently scheduled to appear for a conference on Wednesday, June 8, 2022, at 10am. On Tuesday, June 7, 2022, counsel for both parties spoke with one of the Court's clerks to discuss whether there were any updates. Having spoken to Petitioner, Mr. Bartzik Rubio, I can apprise the Court that Respondent has been ordered by the Mexican courts to produce the minor child in court on June 16, 2022. As a result and to avoid using more of this Court's time than necessary, we respectfully request that the appearance scheduled for June 8th be adjourned for two weeks or longer, as may be convenient for the Court, until it is confirmed that the minor child is in fact physically present in Mexico. If the child is produced as ordered on June 16, 2022, we will inform the Court immediately.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard Min
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Richard Min
　　　　　　　　　　　　　　　　　　　　　　　Green Kaminer Min & Rockmore LLP
　　　　　　　　　　　　　　　　　　　　　　　420 Lexington Avenue, Suite 2821
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10170
　　　　　　　　　　　　　　　　　　　　　　　(212) 681-6400 (t)
　　　　　　　　　　　　　　　　　　　　　　　(212) 681-6999 (f)

　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEYS FOR PETITIONER*

cc:　　All Counsel of Record (via ECF)

*Website: www.gkmrlaw.com • Email: info@gkmrlaw.com*