UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BARTZIK RUBIO,

                     Petitioner,

       -against-

SANDRA LETICIA MORALES LOPEZ,

                  Respondent.

**ORDER**

22 Civ. 2588 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          For the reasons stated in open court today, the evidence indicates that the Child has returned to her habitual residence of Mexico City, Mexico, rendering this case moot. Because the matter is moot, this Court lacks subject matter jurisdiction.  Accordingly, the case is dismissed.

Dated:  New York, New York
        June 8, 2022

                                 SO ORDERED.

                                 Paul G. Gardephe
                                 United States District Judge